**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-1458**

———————

LUTHER C. EDMONDS,

                                        Movant - Appellant,

        and

ELITE CHILD, INCORPORATED; SHERRY D. BATTLE,

                                        Plaintiffs,

        versus

E. PRESTON GRISSOM, individually and in his
capacity of Judge, Judicial Circuit of
Virginia, Circuit Court of the City of
Chesapeake,

                                        Defendant - Appellee,

        and

SCHRODER CHESAPEAKE, INCORPORATED, t/a
Greenbrier Mall,

                                        Defendant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Richard L. Williams, Senior
District Judge. (CA-98-488)

———————

Submitted: September 19, 2002      Decided: September 27, 2002

———————

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Luther C. Edmonds, Appellant Pro Se.  Edward Meade Macon, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Luther C. Edmonds appeals from the district court's order denying his motion to reconsider prior orders dismissing his civil action and imposing sanctions against him. Our review of the record and the district court's opinion discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>See</u> <u>Edmonds v. Grissom</u>, No. CA-98-488 (E.D. Va. Mar. 27, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2